| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON | DATE: | 4/19/07 |
| | U.S. MAGISTRATE JUDGE | TIME: | 10:30 AM |

**Mitchell -v- Town of Southampton, et al., CV 03-445 (JFB) (AKT)**

TYPE OF CONFERENCE: <u>SETTLEMENT CONFERENCE</u>

APPEARANCES:   Plaintiff     Frederick Brewington

  Defendants   Brian S. Sokoloff (Town of Southampton, Drew, Halsey)
  S. Pitkin Marshall (Cannuscio)
  Joseph W. Ryan, Jr. (Rodgers)

THE FOLLOWING RULINGS WERE MADE:

1. Counsel for the Town reports that an executive session of the Southampton Town Board will convene on the evening of April 24, 2007 during which the settlement will be presented for a vote.

2. I have directed the parties to call my chambers at 9 a.m. on April 25 and speak with my law clerk, Luke Cass, Esq. to apprise me of the results of the Town Board's meeting.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge