

# MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN

JOHN J. O'DONNELL
MARK R. OSHEROW*◊□
OF COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

ADAM I. KLEINBERG
JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD D. KREMIN
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°
MICHAEL V. LONGO
PETER M. TUCCIARONE*◊
CHRISTOPHER MILLER

\* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
" RESIDENT IN WESTCHESTER

WRITER'S DIRECT DIAL:
(516) 741-8383

WRITER'S E-MAIL:
BSokoloff@MSSSV.com

June 4, 2007

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, New York 11722

**VIA ECF**

        Re:    Mitchell v. Town of Southampton, et al.
              Docket No. CV-03-0445 (JFB)
              Our File No. 03-088

Dear Magistrate Judge Tomlinson:

      Professional Claims Managers, the third party claims administrator responsible for the handling of this matter, has just forwarded to me the attached documents, indicating that the settlement check in this matter was sent by Federal Express directly to Mr. Brewington on June 1, 2007. I have checked with the FedEx website and learned that, as of the time of this letter (approximately 9:30 a.m., the package is "On FedEx vehicle for delivery." I expect it to be delivered today. I have attached the FedEx screenshot.

## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

HON. KATHLEEN TOMLINSON
JUNE 4, 2007
PAGE 2 OF 2

Thank you for your consideration of this matter.

Very truly yours,

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

Brian S. Sokoloff

BSS/--
Encl.
cc: Frederick Brewington, Esq.
50 Clinton Street, Suite 501
Hempstead, New York 11550

### VIA FAX

Joseph Ryan, Esq.
190 EAB Plaza
East Tower, 15th Floor
Uniondale, New York 11556

### VIA FAX

S. Pitkin Marshall, Esq.
331 Madison Avenue
New York, New York 10017

### VIA FAX



**Professional Claims Managers, Inc.**
a member company of U.S. Risk Insurance Group, Inc.

Phone: (214) 265-0797
Fax: (214) 265-0368
Toll Free: (800) 557-0797

10210 N. Central Expressway, Suite 500  •  Dallas, Texas 75231

June 1, 2007

Frederick K. Brewington, Esq.
50 Clinton Street, Suite 501
Hempstead, NY 11550

RE:   PCM Claim #029-0035
      Judith Mitchell

Dear Mr. Brewington:

Please find enclosed check number 14509, made payable to Judith Mitchell and Frederick K. Brewington as Attorney in the amount of $285,000.00 in consideration of a full and final release of all claims as well as a dismissal with prejudice.

If you should have any questions, please contact Stan Lewiecki at (214) 647-5008.

Sincerely,


Roxanne M. Cox
Assistant Business Administrator

cc:   Brian Sokoloff

Enclosure

**PROFESSIONAL CLAIMS MANAGERS, INC.**
TRUST ACCOUNT
10210 N. CENTRAL EXPWY, SUITE 500
DALLAS, TX 75231
(214) 265-2495

TEXAS CAPITAL BANK, N.A.
DALLAS, TEXAS 76244

32-1797/1110

5/31/2007

PAY TO THE ORDER OF: Judith Mitchell and Frederick K. Brewington as Attorney          $ **285,000.00

Two Hundred Eighty-Five Thousand and 00/100************************************************ DOLLARS

Judith Mitchell and
Frederick K. Brewington as Attorney

MEMO: 029-0035 Full and Final Settlement

⑈014509⑈ ⑆111017979⑆ 141100948⑈

---

PROFESSIONAL CLAIMS MANAGERS, INC. DALLAS, TX 75231                         14509
                                                        5/31/2007
                                                                           285,000.00

Loss            029-0035
                Town of Southampton
                Judith Mitchell
                LHZ5628791
                12/21/1999
                Full and Final Settlement
                11-2939438

Texas Capital Bank    029-0035 Full and Final Settlement                   285,000.00

---

PROFESSIONAL CLAIMS MANAGERS, INC. DALLAS, TX 75231                         14509
                                                        5/31/2007
                                                                           285,000.00

Loss            029-0035
                Town of Southampton
                Judith Mitchell
                LHZ5628791
                12/21/1999
                Full and Final Settlement
                11-2939438

Texas Capital Bank    029-0035 Full and Final Settlement                   285,000.00

From: Origin ID: TRLA (214)265-4980
Roxanne Montoya
PCM
10210 N. CENTRAL EXPRESSWAY
SUITE 500
DALLAS, TX 75231



Ship Date: 01JUN07
ActWgt: 1 LB
System#: 3076198/INET2600
Account#: S *********

Delivery Address Bar Code



SHIP TO: (516)489-6959    BILL SENDER
**Frederick K. Brewington, Esq.**

50 Clinton Street
Suite 501
Hempstead, NY 11550

Ref # 29-0035 Loss (SL)
Invoice #
PO #
Dept #



**PRIORITY OVERNIGHT**

TRK# 7902 6133 4560    FORM 0201

11550 -NY-US

**MON**
Deliver By:
04JUN07

JFK    A2

**XH RMEA**



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/0BgWr2IbUt4DfXr2BfXs5JcQu1JcVs3EbZr...    5/31/2007

| | US Home | | Information Center \| Customer Support \| Site Map |
|---|---|---|---|
| **FedEx** | Español | | Search [Go!] |

**Package/Envelope Services** | Office/Print Services | Freight Services | Expedited Services

Ship | **Track** | Manage My Account | International Tools

## Track Shipments
### Detailed Results

Printable Version    Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 790261334560 | Reference | 29-0035 Loss (SL) |
| Ship date | Jun 1, 2007 | Destination | Hempstead, NY |
| Estimated delivery | Jun 4, 2007 by 10:30 AM | Service type | Priority Envelope |
| | | Weight | 0.5 lbs. |
| Status | On FedEx vehicle for delivery | | |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Tracking a FedEx SmartPost Shipment?
Go to shipper login

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jun 4, 2007 | 8:34 AM | On FedEx vehicle for delivery | GARDEN CITY, NY | |
| Jun 2, 2007 | 11:15 AM | Delivery exception | GARDEN CITY, NY | Package at station, arrived after courier dispatch |
| | 11:15 AM | At local FedEx facility | GARDEN CITY, NY | Package not due for delivery |
| | 11:14 AM | At local FedEx facility | GARDEN CITY, NY | |
| | 7:09 AM | At dest sort facility | JAMAICA, NY | |
| | 3:37 AM | Departed FedEx location | MEMPHIS, TN | |
| Jun 1, 2007 | 11:06 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 8:35 PM | Left origin | GARLAND, TX | |
| | 6:30 PM | Picked up | GARLAND, TX | |
| | 4:15 PM | Package data transmitted to FedEx | | |

Take 15% off list rates on eligible FedEx Express® online shipments.
Learn more >>

E-mail results | Track more shipments

Subscribe to tracking updates (optional)

Your Name: [       ]    Your E-mail Address: [       ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format: ◉ HTML  ○ Text  ○ Wireless

Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions          [Submit]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx